UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Adam Dymski,<br><br>　　　　Defendant. | Citation Nos. VP006455/N4<br>　　　　　　　　　VP002674/N4<br><br>**ORDER** |

　　　The Court is in receipt of the Government's Motion *in Limine* and Mr. Dymski's response. The Court will defer its ruling until trial, when it has a better context to make this determination. It is worth noting, nonetheless, that for purposes of bench trials, the "more prudent course" is to resolve evidentiary doubts in favor of admissibility. *See Commerce Funding Corp. v. Comprehensive Habilitation Servs., Inc.*, No. 01 Civ 3796 (PKL), 2004 WL 1970144, at \*5 (S.D.N.Y. Sept. 3, 2004) (internal quotation marks and citation omitted). "There is less need for the gatekeeper to keep the gate when the gatekeeper is keeping the gate only for himself." *United States v. Brown*, 415 F.3d 1257, 1269 (11th Cir. 2005).

　　　DATED: August 3, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE