RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Adam Dymski

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00608-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE BRIEFING** |
| v. | (First Request) |
| ADAM DYMSKI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Adam Dymski, that the briefing currently due on October 6, 2022, be vacated and continued to October 27, 2022.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to prepare and submit its supplemental briefing.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1   This is the first request filed herein.

2   DATED this 4th day of October, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ Jean Ripley*<br>By_____<br>JEAN RIPLEY<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ADAM DYMSKI,<br><br>        Defendant. | Case No. 2:22-mj-00608-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the briefing currently due on Thursday, October 6, 2022, be vacated and continued to Friday, October 27, 2022.

DATED this 5th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3