JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
JEAN N. RIPLEY
Assistant United States Attorney
501 Las Vegas Blvd., Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336
Jean.Ripley@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>ADAM DYMSKI,<br><br>            Defendant. | Case No. 2:22-mj-00608-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING** |

   IT IS HEREBY STIPULATED AND AGREED, by and between Jean N. Ripley, counsel for the United States, and Keisha Matthews, counsel for defendant Adam Dymski, that the sentencing hearing currently scheduled on September 6, 2023, at 9:00 a.m., be vacated and continued to October 11, 2023, or another date and time convenient to the Court.

   This Stipulation is entered into for the following reasons:

   1. Government counsel has an unexpected personal conflict on the date and at the time set for sentencing in the above-captioned matter.

   2. Defendant Adam Dymski is not in custody and agrees to the continuance.

/ / /

/ / /

3. This is the first request to continue the sentencing hearing.

DATED this 5th day of September, 2023.

| JASON M. FRIERSON | RENE L. VALLADARES |
| United States Attorney | Federal Public Defender |

*/s/ Jean N. Ripley* /s/*Keisha Matthews*

| JEAN N. RIPLEY | KEISHA MATTHEWS |
| Assistant United States Attorney | Assistant Federal Defender |

*Counsel for the United States*   *Counsel for Adam Dymski*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ADAM DYMSKI,<br><br>　　　　　Defendant. | Case No. 2:22-mj-00608-BNW<br><br>**ORDER** |

Based on the pending stipulation of the parties and for good cause shown, IT IS ORDERED that the Sentencing Hearing currently scheduled on September 6, 2023, at 9:00 a.m., is vacated and continued to October 11, 2023 at 9:00 a.m. in Las Vegas Courtroom 3B.

DATED this ___6th___ day of September, 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**HONORABLE BRENDA WEKSLER**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

3